IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NO. PD-1526-11





KEITH ASHLEY HUBBARD, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SIXTH COURT OF APPEALS

BOWIE COUNTY




 Per curiam. KEASLER and HERVEY, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 9.3(b),
68.4(i), and 68.5 because the original petition is not accompanied by 11 copies, does not
contain a copy of the opinion of the court of appeals, and grounds and reasons for review are
longer than 15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed in
the COURT OF CRIMINAL APPEALS within thirty days after the date of this order.



Filed: February 15, 2012

Do Not Publish